UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 17  P 4: 08

RICHARD POTVIN

v.

NURSING SUPERVISOR PAT
DR. POLARI
UNIT MANAGER G.R. WRITE
WARDEN DAVID STRANGE
UCONN MEDICAL
MAINTENANCE DEPARTMENT,
OSBORN CORRECTIONAL INSTITUTION

Case No.    PRISONER
3:03CV306 (MRK)

## ORDER

The plaintiff's Application To Proceed In Forma Pauperis having been granted, he is directed to complete the enclosed 285 U.S. Marshal service forms. The plaintiff is directed to complete one 285 form for each defendant in his or her individual capacity. The plaintiff should use the addresses he has provided to the court in his amended complaint for these forms. The plaintiff is also directed to complete ONE 285 form to be served on all of the defendants c/o Attorney General to be used to serve the defendants in their official capacities. The address for the Attorney General is 55 Elm Street, Hartford, CT 06105. The plaintiff shall also complete one Notice of Lawsuit and Waiver of Service of Summons form and one Waiver of Service of Summons form for each defendant in his or her individual capacity and one Notice of Lawsuit and Waiver of Service of Summons form and one Waiver of Service of Summons form for each defendant in his or her official capacity. In addition, the plaintiff is directed to submit

EIGHT copies of the amended complaint.

The plaintiff shall complete and return the enclosed forms and the copies of the amended complaint within twenty days of the date of this order. The plaintiff is cautioned that failure to return the forms and/or copies of the amended complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form and/or copy of the amended complaint is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the amended complaint on all the defendants in their official capacities and on defendants Nursing Supervisor Pat, Dr. Polari, Unit Manager G.R. Write and Warden Strange in their individual capacities and to file a return of service within **sixty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

Each defendant is hereby ordered to file an appearance within **sixty (60)** days from the date he or she signs a waiver of service of summons.

SO ORDERED.

Entered in Bridgeport, Connecticut, this 17 of October, 2003.

Holly B. Fitzsimmons
United States Magistrate Judge