UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD POTVIN

V.                              CASE NO.   3:03CV306 (MRK)

PRISONER

NURSING SUPERVISOR PAT
DR. POLARI
UNIT MANAGER G.R. WRITE
WARDEN DAVID STRANGE
UCONN MEDICAL
MAINTENANCE DEPARTMENT,
OSBORN CORRECTIONAL INSTITUTION

### JUDGMENT OF DISMISSAL

On October 17, 2003, the court ordered the plaintiff to complete Marshal service forms and Notice of Lawsuit and Waiver of Service of Summons forms and return the forms as well as eight copies of the amended complaint to the court within twenty days. The court informed the plaintiff that failure to comply with the court's order could result in dismissal of this action without any further notice as to any defendant for whom copies of the amended complaint and/or forms were not returned to the court. To date, the plaintiff has failed to comply with the court's order.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed without prejudice and the case is closed.

Entered at New Haven, Connecticut, this 28th day of January, 2004.

MARK R. KRAVITZ
UNITED STATES DISTRICT JUDGE

Entered on Docket _____